IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

Vs                            CASE NO. 4:10CR00270-11 BSM

SHEILA LANFAIR a/k/a Sheila Landfair                                  DEFENDANT

## AMENDED JUDGMENT

The Judgment entered on September 28, 2011 [Doc. No. 221] is amended to correct a mistake. The term of supervised release of three (3) years is hereby removed.

The remaining portions of the Judgment will remain in full force and effect. The Clerk is directed to provide a copy of this order to the Financial Section of the Clerk's Office, United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 30th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE