# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                      CASE NO. 4:10CR00270-10 BSM

KEISHA LEIGHANN BOYD                      DEFENDANT

## ORDER

Defendant Keisha Boyd's motion for revision of revocation [Doc. No. 306] is granted in part. Boyd's supervised release was revoked on April 9, 2013, for failure to participate in a substance abuse treatment program, unlawful use of a controlled substance, failure to refrain from association with a convicted felon, and failure to submit a truthful and complete report within five days [Doc. No. 303]. Boyd was sentenced to two years in the bureau of prisons to be followed by one year of supervised release.

Boyd's motion requests a reduction in her prison sentence to time served because her counsel was ineffective. At the September 20, 2013, hearing, Boyd stated a number of other reasons for her request; however, none of her reasons were compelling. Further, nothing in the record or in her lawyer's court appearances indicates that he was ineffective. The motion is granted in part because, upon reflection, a two-year sentence may have been too harsh in this circumstance, and when there is doubt about the length of a sentence, the benefit should go to the defendant.

Accordingly, Boyd's motion for revision of revocation [Doc. No. 306] is granted in part and her sentence is reduced to a term of nine months, to be followed by 27 months of

supervised release with the same conditions as set forth in the April 9, 2013, judgment [Doc. No. 303].

IT IS SO ORDERED this 2nd day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE